IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANTONIO TOMARO | ) | CASE NO. 2:21 CV 05082 |
| | ) | |
| Plaintiff, | ) | JUDGE SARAH D. MORRISON |
| | ) | |
| v. | ) | **NOTICE OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| J.P. MORGAN CHASE | ) | |
| BANK N.A. | ) | |
| | ) | |
| Defendant. | ) | |

    Now comes Plaintiff, by and through the undersigned, who provides this Honorable Court notice of the dismissal with prejudice of all claims against Defendant, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

                                                  Respectfully submitted,

                                                  *s/ Peter C. Mapley*
                                                  Peter C. Mapley (0092359)
                                                  Sean H. Sobel (0086905)
                                                  **Sobel, Wade & Mapley, LLC**
                                                  55 Erieview Plaza, #370
                                                  Cleveland, Ohio 44114
                                                  T: (216) 223-7213
                                                  mapley@swmlawfirm.com
                                                  sobel@swmlawfirm.com

                                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that the foregoing has been filed this 24th day of January 2022 via the Court's electronic filing system and that no party other than Plaintiff has entered an appearance in this action.

*s/ Peter C. Mapley*
Peter C. Mapley (0092359)
